**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/8/2024__
```

**Seyfarth Shaw LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
**T** (312) 460-5000
**F** (312) 460-7000

ahill@seyfarth.com
T (312) 460-5954

www.seyfarth.com

November 7, 2024

**VIA CM/ECF**

The Honorable Nelson S. Roman
District Court Judge
U.S.D.C., Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Payne v. Experian Information Solutions, Inc., et al.*, Case No.: 7:23-cv-03126-NSR-JCM
      <u>Unopposed Request for Adjournment of November 21, 2024 Telephone Conference</u>

Dear Judge Roman:

This firm represents Defendant Equifax Information Services LLC ("Equifax") in the above-referenced action. A telephone conference is currently scheduled for November 21, 2024. However, Plaintiff Richard Payne and Equifax have agreed to mediation with Noah Hanft, which is scheduled for December 6, 2024, two weeks after the currently scheduled telephone conference. The parties believe the conference will be more productive, and possibly moot, after mediation.

Consistent with Your Honor's Individual Practices, Equifax respectfully requests an adjournment of the upcoming November 21 telephone conference to a date after the December 6 mediation. This is Equifax's second request for an adjournment and does not affect any other scheduled deadlines. This request is made in good faith and not for the purpose of causing undue delay. Plaintiff consents to adjourning the telephone conference until after mediation.

We thank the Court for its consideration of this request.

Respectfully,

SEYFARTH SHAW LLP

*/s/ Adam T. Hill*

Adam T. Hill

ATH:lag
cc:    All Counsel of Record

**In light of the scheduled mediation, Deft. Equifax's consented-to request to adjourn the Nov. 21, 2024 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Jan. 10, 2025 at 10:00 am. Clerk of Court is requested to terminate the motion at ECF No. 45.**
**Dated: November 8, 2024**
       **White Plains, NY**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

314595298v.1