# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**RICHARD PAYNE,**

          **Plaintiff,**

-v-

**EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,**

          **Defendants.**

**Civil Case Number: 7:23-cv-03126-NSR-JCM**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025
```

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 6, 2025 Stipulation of Dismissal, all claims asserted against the remaining Defendant **Equifax Information Services, LLC** in Civil Action No. **7:23-cv-03126-NSR**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS __10___ day of ___February_____ 2025.**

The Clerk of Court is kindly directed to terminate the instant action.
Dated: February 10, 2025
      White Plains, NY

_____
HONORABLE NELSON STEPHEN ROMAN
UNITED STATES DISTRICT JUDGE